THE NEW YORK LIFE INSURANCE AND TRUST COMPANY, as Substituted Trustee under the Will of JAMES BAKER, Deceased, Appellant, *v.* WILLIAM J. BAKER et al., Respondents.

(Submitted March 18, 1901; decided March 22, 1901.)

Motion by Porte V. Ransom, guardian ad litem of William Ver Planck Baker et al., infants, respondents, for an extra allowance, denied, with ten dollars costs.    (See 165 N. Y. 484.)

---

ANNIE E. JOHNS, Appellant, *v.* HENRY W. JOHNS, JR., et al., as Executors of HENRY W. JOHNS, Deceased, Respondents.

*Johns* v. *Johns,* 44 App. Div. 533, affirmed.
(Argued February 15, 1901; decided March 26, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1899, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Emanuel G. Bullard, Waldo E. Bullard* and *Edward Fitch Bullard* for appellant.

*Henry Thompson* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN and HAIGHT, JJ., WERNER, J., on second ground of opinion below.   Not sitting: LANDON and CULLEN, JJ.